IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

GARY LYNN CONLEY
ADC #163989                                                                    PLAINTIFF

v.          No. 4:22-cv-353-DPM

ASA HUTCHINSON, Governor, State
of Arkansas and DEXTAR PAYNE,
Director, ADC                                                                  DEFENDANTS

## ORDER

The Court adopts Magistrate Judge Ervin's unopposed partial recommendation, *Doc. 7*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Conley's claims against Governor Hutchinson are dismissed without prejudice, and Governor Hutchinson is dismissed as a defendant.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 July 2022