# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**GARY LYNN CONLEY**
**ADC #163989**                                                                         **PLAINTIFF**

v.                          No. 4:22-cv-353-DPM

**DEXTAR PAYNE, Director, ADC**                                              **DEFENDANT**

## ORDER

Motion for extension, *Doc. 21*, granted as modified. To the extent that the motion contains objections, they are deemed filed. Any other objections to the partial recommended disposition, *Doc. 20*, due by 28 November 2022.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 November 2022