# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

GARY LYNN CONLEY
ADC #163989                                                                                           PLAINTIFF

v.                                  No. 4:22-cv-353-DPM-ERE

DEXTAR PAYNE, Director, ADC                                                      DEFENDANT

## ORDER

**1.** On *de novo* review, the Court adopts Magistrate Judge Ervin's partial recommendation, *Doc. 20*, and overrules Payne's objections, *Doc. 22*. Fed. R. Civ. P. 72(b)(3). The Court has considered Conley's responding paper, *Doc. 21*. This case is closer to *Hammett* than *Burns*. *Compare Hammett v. Cofield*, 681 F.3d 945, 947-48 (8th Cir. 2012) (*per curiam*), *with Burns v. Eaton*, 752 F.3d 1136, 1141-42 (8th Cir. 2014). Payne's motion for summary judgment, *Doc. 16*, is denied.

**2.** On *de novo* review, the Court adopts Magistrate Judge Ervin's partial recommendation, *Doc. 26*, and overrules Conley's objections, *Doc. 30*. Fed. R. Civ. P. 72(b)(3). Conley's motions for summary judgment, *Doc. 23 & 24*, are denied. His embedded motion for a stay is denied as moot.

**3.** The defendant's name is Dexter Payne. The Court directs the Clerk to update the docket.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 February 2023