IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

GARY LYNN CONLEY
ADC #163989                                                                                    PLAINTIFF

v.                                          No. 4:22-cv-353-DPM

DEXTER PAYNE, Director, ADC                                                    DEFENDANT

ORDER

The Court adopts Magistrate Judge Ervin's unopposed recommendation, *Doc. 43*. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). The motion for judgment on the pleadings, *Doc. 39*, is granted. Conley's amended complaint will be dismissed without prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

16 June 2023