IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

GARY LYNN CONLEY
ADC #163989                                                                  PLAINTIFF

v.                              No. 4:22-cv-353-DPM

ASA HUTCHINSON, Governor, State of
Arkansas; DEXTER PAYNE, Director,
ADC; KENYON V. RANDLE,
Major/Chief of Security, EARU, ADC;
JOE BIDEN, President, White House;
BRANDY TURNER, Public Attorney;
LARRY JEGLEY, Prosecutor for State;
HERBERT T. WRIGHT, JR., Judge;
WADE NEIHOUSE, Detective, Little
Rock Police Department; RANDY
DEARING, Detective, Little Rock
Police Department; ALI FAROOQ,
Owner/Clerk, E-Z Mart; G. LAY,
Head Warden, EARU, ADC;
M. RICHARDSON, Deputy Warden,
EARU, ADC; WILLIAM F. STRAUGHN,
Assistant Director, ADC; MICHAEL
HORTON, #35098, Violent Crime
Apprehension Team/Officer; RYAN
BEWLEY, #35082, Violent Crime
Apprehension Team/Officer, Little
Rock Police Department; and CHRISTY
BJORNSON, Prosecutor                                                         DEFENDANTS

## JUDGMENT

Conley's amended complaint is dismissed without prejudice.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 June 2023